## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,
     Plaintiff,
vs.

NUR ASHKI JERRAHI COMMUNITY and
229 BLEECKER LLC,
     Defendants.

## **COMPLAINT**

Plaintiff, ALEXANDER GOMEZ ("Plaintiff"), by his undersigned counsel, hereby files this Complaint against Defendants, NUR ASHKI JERRAHI COMMUNITY and 229 BLEECKER LLC ("Defendants") for injunctive relief pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq., (the ADA) and the ADA's Accessibility Guidelines, 28 C.F.R. Part 36 (hereinafter the "ADAAG"). This matter concerns Plaintiff's visits to a Italian tapas and wine bar located at 225 West Broadway, New York, NY 10013, TERRA, wherein Plaintiff encountered several barriers which have and will deter him from visiting the restaurant in the future. Plaintiff's past visit and his desire to return are fully set forth herein.

## **JURISDICTION**

**1.**     This Court has original jurisdiction over the action pursuant to 28 U.S.C., §§1331 and 1343 for Plaintiff's claims arising under 42 U.S.C. § 12181. et seq., based upon Defendants' violations of Title III of the ADA (see also, 28 U.S.C. §§ 2201 and 2202).

**2.**     Plaintiff currently resides in the Bronx, New York.

**3.**     Plaintiff is a qualified individual with disabilities under the ADA law. Plaintiff has a spinal cord T-12 injury and is bound to ambulate in a wheelchair.

4.      Plaintiff visited the subject property located at 225 West Broadway, New York, NY 10013 (the "Facility") to enjoy the goods and services offered therein and encountered barriers to access.  Plaintiff desires and intends to return to the Facility to enjoy to goods and services offered therein.  However, his access to the Facility continues to be denied and/or substantially limited.  His access will continue to be denied until Defendants remove the barriers, including those set forth in the Complaint at Paragraph 15 below.

5.      Defendant, NUR ASHKI JERRAHI COMMUNITY, transacts business in the State of New York and within this judicial district. Defendant, NUR ASHKI JERRAHI COMMUNITY, is the owner and/or lessor, of the real property located at 225 West Broadway, New York, NY 10013 where the restaurant known as TERRA is located (the "Facility").

6.      Defendant, 229 BLEECKER LLC, transacts business in the State of New York and within this judicial district. Defendant, 229 BLEECKER LLC, is the lessee of the Facility located at 225 West Broadway, New York, NY 10013 and the owner and/or operator of a restaurant known as TERRA (the "Facility").

7.      The Facility is a place of public accommodation under the ADA.

8.      Plaintiff has suffered legal harm and injury in fact, as he visited the Facility to enjoy the goods and services provided therein, encountered barriers to access, and desires and intends to re-visit the Facility again, but is unable to do so until the barriers to access are remediated.

9.      The barriers alleged in Paragraph 15, by their very nature, prevent Plaintiff and other wheelchair bound patrons from accessing the premises and enjoying the goods and services offered therein.

**10.**     The removal of the alleged barriers can be accomplished without much difficulty or expense.

**11.**     All events giving rise to this lawsuit occurred in the State of New York. Venue is proper in this Court as the premises is in the Southern District.

## FACTUAL ALLEGATIONS AND CLAIM

**12.**     Plaintiff has attempted to access the Facility initially on July 2023 and again on September 5, 2023, to enjoy the goods and services offered therein but could not do so without substantial hardship due to his disability, which requires him to ambulate in a wheelchair, and the significant barriers to access existing at the Facility.

**13.**     Plaintiff intends to visit the Facility again as he frequents this area to enjoy to romantic, rustic ambience, wines, and Italian tapas offered therein.  Specifically, he intends to return in August 2024 to celebrate with family and friends.  However, his access to the Facility continues to be denied and/or substantially limited.  His access will continue to be denied until Defendants remove the barriers, including those set forth in the Complaint at Paragraph 15 below.

**14.**     Defendants have discriminated against Plaintiff by denying him full access to the goods, services and/or accommodations of the Facility, as prohibited by 42 U.S.C., § 12182, et. seq., and by failing to remove architectural barriers as required by 42 U.S.C., § 12182(b)(2)(A)(iv), will continue to discriminate against Plaintiff unless and until Defendants remove all physical barriers including those specifically set forth below.

**15.**     Defendants have discriminated against Plaintiff by failing to remedy the ADA violations, which by their nature, affect Plaintiff and other wheelchair bound plaintiffs.  A

specific list of ADA violations which preclude and/or limit Plaintiff's ability to access the facility and to enjoy the goods and services offered therein, include the following:

1. Inaccessible entrance.
2. Accessible route to establishment not provided as required.
3. Accessible means of egress not provided as required.
4. Existing steps at entrance act as a barrier to accessibility.
    ADAAG 206 Accessible Routes ADAAG 206.1 General.
    Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
    ADAAG 206.2 Where Required.
    Accessible routes shall be provided where required by 206.2.
    ADAAG 206.2.1 Site Arrival Points.
    At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve.
    ADAAG 206.4 Entrances.
    Entrances shall be provided in accordance with 206.4. Entrance doors, doorways, and gates shall comply with 404 and shall be on an accessible route complying with 402.
    ADAAG 207 Accessible Means of Egress ADAAG 207.1 General.
    Means of egress shall comply with section 1003.2.13 of the International Building Code (2000 edition and 2001 Supplement) or section 1007 of the International Building Code (2003 edition) (incorporated by reference, "Referenced Standards" in Chapter 1).
    ADAAG 402 Accessible Routes ADAAG 402.1 General.
    Accessible routes shall comply with 402.
    ADAAG 402.2 Components.
    Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
    ADAAG 403 Walking Surfaces ADAAG 403.4 Changes in Level.
    Changes in level shall comply with 303

5. Non-compliant existing handrails at steps leading to entrance.
6. Compliant handrail extensions not provided as required at existing handrails at steps leading to entrance.
    ADAAG 505.10 Handrail Extensions.
    Handrail gripping surfaces shall extend beyond and in the same direction of stair flights and ramp runs in accordance with 505.10.
    ADAAG 505.10.2 Top Extension at Stairs.
    At the top of a stair flight, handrails shall extend horizontally above

the landing for 12 inches (305 mm) minimum beginning directly above the first riser nosing. Extensions shall return to a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent stair flight.

ADAAG 505.10.3 Bottom Extension at Stairs.

At the bottom of a stair flight, handrails shall extend at the slope of the stair flight for a horizontal distance at least equal to one tread depth beyond the last riser nosing. Extension shall return to

a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent stair flight.

7. Inaccessible dining tables located at exterior sidewalk dining area.
8. Required minimum knee and toe clearance not provided at dining tables located at exterior sidewalk dining area.
9. A minimum percentage of dining tables required to be accessible not provided at exterior sidewalk dining area.

> ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.
> Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
> ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.
> Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
> ADAAG 902.2 Clear Floor or Ground Space.
> A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.
> ADAAG 306.2 Toe Clearance.
> ADAAG 306.2.3 Minimum Required Depth.
> Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
> ADAAG 306.2.5 Width.
> Toe clearance shall be 30 inches (760 mm) wide minimum.
> ADAAG 306.3 Knee Clearance.
> ADAAG 306.3.3 Minimum Required Depth.
> Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.
> ADAAG 306.3.5 Width.
> Knee clearance shall be 30 inches (760 mm) wide minimum.

10. Inaccessible exterior dining compartment.
11. Accessible route leading to exterior dining compartment not provided as

required.

12. Raised curb at travel path leading to exterior dining compartment acts as a barrier to accessibility.

13. Required ramp not provided for rasied curb at travel path leading to exterior dining compartment.

> ADAAG 206.2.5 Restaurants and Cafeterias.
> In restaurants and cafeterias, an accessible route shall be provided to all dining areas, including raised or sunken dining areas, and outdoor dining areas.
> ADAAG 206 Accessible Routes ADAAG 206.1 General.
> Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
> ADAAG 403 Walking Surfaces ADAAG 403.4 Changes in Level. Changes in level shall comply with 303
> ADAAG 303.4 Ramps.
> Changes in level greater than ½ inch high shall be ramped, and shall comply with 405 or 406.

14. Raised floor surface of exterior dining compartment acts as a barrier to accessibility.

15. Required ramp not provided for raised floor surface of exterior dining compartment.

> ADAAG 206.2.5 Restaurants and Cafeterias.
> In restaurants and cafeterias, an accessible route shall be provided to all dining areas, including raised or sunken dining areas, and outdoor dining areas.
> ADAAG 206 Accessible Routes ADAAG 206.1 General.
> Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
> ADAAG 402 Accessible Routes ADAAG 402.1 General.
> Accessible routes shall comply with 402.
> ADAAG 402.2 Components.
> Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
> ADAAG 403 Walking Surfaces ADAAG 403.4 Changes in Level. Changes in level shall comply with 303
> ADAAG 303.4 Ramps.
> Changes in level greater than ½ inch high shall be ramped, and shall comply with 405 or 406.

16. Inaccessible dining tables located at exterior dining compartment.

17. Required minimum knee and toe clearance not provided at dining tables located at exterior dining compartment.

18. A minimum percentage of dining tables required to be accessible not provided at exterior dining compartment.

> ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.
>
> Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
>
> ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.
>
> Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
>
> ADAAG 902.2 Clear Floor or Ground Space.
>
> A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.
>
> ADAAG 306.2 Toe Clearance.
>
> ADAAG 306.2.3 Minimum Required Depth.
>
> Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
>
> ADAAG 306.2.5 Width.
>
> Toe clearance shall be 30 inches (760 mm) wide minimum.
>
> ADAAG 306.3 Knee Clearance.
>
> ADAAG 306.3.3 Minimum Required Depth.
>
> Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.
>
> ADAAG 306.3.5 Width.
>
> Knee clearance shall be 30 inches (760 mm) wide minimum.

19. Inaccessible dining tables located at interior dining area.
20. Required minimum knee and toe clearance not provided at dining tables located at interior dining area.
21. A minimum percentage of dining tables required to be accessible not provided at interior dining area.

> ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.
>
> Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
>
> ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.
>
> Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
>
> ADAAG 902.2 Clear Floor or Ground Space.
>
> A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with

306 shall be provided.
ADAAG 306.2 Toe Clearance.
ADAAG 306.2.3 Minimum Required Depth.
Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
ADAAG 306.2.5 Width.
Toe clearance shall be 30 inches (760 mm) wide minimum.
ADAAG 306.3 Knee Clearance.
ADAAG 306.3.3 Minimum Required Depth.
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.
ADAAG 306.3.5 Width.
Knee clearance shall be 30 inches (760 mm) wide minimum.

22. Inaccessible bar.
23. Non-compliant height of bar exceeds maximum height allowance.
24. Required minimum knee and toe clearance not provided at bar.
25. Portion of bar required to be accessible not provided.

ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.
Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.
Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
Advisory 902.1 General.
Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths.
ADAAG 902.2 Clear Floor or Ground Space.
A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.
ADAAG 902.3 Height.
The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground.
ADAAG 306.2 Toe Clearance.
ADAAG 306.2.3 Minimum Required Depth.
Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
ADAAG 306.2.5 Width.

Toe clearance shall be 30 inches (760 mm) wide minimum.
ADAAG 306.3 Knee Clearance.
ADAAG 306.3.3 Minimum Required Depth.
Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.
ADAAG 306.3.5 Width.
Knee clearance shall be 30 inches (760 mm) wide minimum.

26. Inaccessible restrooms.
27. Accessible route to restrooms not provided as required.
28. Existing stair flight at travel path to restrooms acts as a barrier to accessibility.

ADAAG 213 Toilet Facilities and Bathing Facilities ADAAG 213.1 General.
Where toilet facilities and bathing facilities are provided, they shall comply with 213.
Where toilet facilities and bathing facilities are provided in facilities permitted by 206.2.3 Exceptions 1 and 2 not to connect stories by an accessible route to toilet facilities and bathing facilities shall be provided on a story connected by an accessible route to an accessible entrance.

29. Required handrails not provided at both sides of stairs leading to restrooms.

ADAAG 505 Handrails
ADAAG 505.2 Where Required.
Handrails shall be provided on both sides of stairs and ramps.

30. Non-compliant existing handrail at one side of stairs leading to restrooms.
31. Required handrail extensions not provided at existing handrail at one side of stairs at travel path to restrooms.

ADAAG 505.10 Handrail Extensions.
Handrail gripping surfaces shall extend beyond and in the same direction of stair flights and ramp runs in accordance with 505.10.
ADAAG 505.10.2 Top Extension at Stairs.
At the top of a stair flight, handrails shall extend horizontally above the landing for 12 inches (305 mm) minimum beginning directly above the first riser nosing.  Extensions shall return to a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent stair flight.
ADAAG 505.10.3 Bottom Extension at Stairs.
At the bottom of a stair flight, handrails shall extend at the slope of the stair flight for a horizontal distance at least equal to one tread depth beyond the last riser nosing.  Extension shall return to
a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent stair flight.

32. Required minimum clear width not provided at door of men's restroom.

>ADAAG 206 Accessible Routes ADAAG 206.1 General.
>
>Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
>
>ADAAG 402 Accessible Routes ADAAG 402.1 General.
>
>Accessible routes shall comply with 402.
>
>ADAAG 402.2 Components.
>
>Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
>
>ADAAG 404.2.3 Clear Width.
>
>Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

33. Required minimum maneuvering clearance not provided at door of men's restroom.

>ADAAG 206 Accessible Routes ADAAG 206.1 General.
>
>Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
>
>ADAAG 402 Accessible Routes ADAAG 402.1 General.
>
>Accessible routes shall comply with 402.
>
>ADAAG 402.2 Components.
>
>Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
>
>ADAAG 404.2.4 Maneuvering Clearances.
>
>Minimum maneuvering clearances at doors and gates shall comply with 404.2.4.
>
>Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

34. Non-compliant door swing at men's restroom.

35. Restroom door swings into the floor space of fixtures in men's restroom.

>ADAAG 603 Toilet and Bathing Rooms ADAAG 603.1 General.
>
>Toilet and bathing rooms shall comply with 603.
>
>ADAAG 603.2.3 Door Swing.
>
>Doors shall not swing into the clear floor space or clearance required for any fixture.

36. Non-compliant door lock at door of men's restroom requires twisting of the wrist.

    ADAAG 404 Doors, Doorways, and Gates ADAAG 404.1 General.
    Doors, doorways, and gates that are part of an accessible route shall comply with 404.
    ADAAG 404.2.7 Door and Gate Hardware.
    Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4
    ADAAG 309.4 Operation.
    Operable parts shall be operable with one hand and shall not require tight grasping, pinching,
    or twisting of the wrist.  The force required to activate operable parts shall be 5 pounds maximum.

37. Required minimum turning space not provided in men's restroom.

    ADAAG 603 Toilet and Bathing Rooms
    ADAAG 603.1 General.
    Toilet and bathing rooms shall comply with 603.
    ADAAG 603.2 Clearances. Clearances shall comply with 603.2.
    ADAAG 603.2.1 Turning Space.
    Turning space complying with 304 shall be provided within the room.
    ADAAG 304.3.1 Circular Space.
    The turning space shall be a space of 60 inches (1525 mm) diameter minimum.  The space shall be permitted to include knee and toe clearance complying with 306

38. Inaccessible water closet in men's restroom.

39. Required minimum clearance not provided at water closet in men's restroom.

    ADAAG 604 Water Closets and Toilet Compartments
    ADAAG 604.3 Clearance.
    Clearances around water closets and in toilet compartments shall comply with 604.3.
    ADAAG 604.3.1 Size.
    Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

40. Required grab bars not provided on rear and side walls of water closet in men's restroom.

    ADAAG 604 Water Closets and Toilet Compartments
    ADAAG 604.5 Grab Bars.
    Grab bars for water closets shall comply with 609.
    Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

41. Non-compliant position of plumbing valves located directly behind toilet seat

of water closet in men's restroom.

ADAAG 604 Water Closets and Toilet Compartments.

ADAAG Advisory 604.6 Flush Controls.

If plumbing valves are located directly behind the toilet seat, flush valves and related plumbing can cause injury or imbalance when a person leans back against them. To prevent causing injury or imbalance, the plumbing can be located behind walls or to the side of the toilet; or if approved by the local authority having jurisdiction, provide a toilet seat lid.

42. Inaccessible lavatory in men's restroom.

43. Required minimum clear floor space not provided at lavatory in men's restroom.

ADAAG 606 Lavatories and Sinks.

ADAAG 606.2 Clear Floor Space.

A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided.

ADAAG 305.3 Size.

The clear floor or ground space shall be 30 inches (760 mm) minimum by 48 inches (1220 mm) minimum.

44. Insulation of pipes and water lines under the lavatory in men's restroom not provided as required.

ADAAG 606 Lavatories and Sinks.

ADAAG 606.5 Exposed Pipes and Surfaces.

Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

45. Inaccessible mirror in men's restroom.

46. Non-compliant mounted height of mirror in men's restroom exceeds maximum height allowance.

ADAAG 603.3 Mirrors.

Mirrors located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 40 inches (1015 mm) maximum above the finish floor or ground.

Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches (890 mm) maximum above the finish floor or ground.

47. Inaccessible coat hook in men's restroom.

48. Non-compliant height of coat hook in men's restroom exceeds maximum height allowance.

ADAAG 604 Water Closets and Toilet Compartments.

ADAAG 604.8.3 Coat Hooks and Shelves.

Coat hooks shall be located within one of the reach ranges specified in 308.

ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed.

Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.

ADAAG 308.2.2 Obstructed High Reach.

Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum. Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum.

ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.

Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be
15 inches minimum above the finish floor or ground.

ADAAG 308.3.2 Obstructed High Reach.

Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum. The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum. Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

49. Inaccessible women's restroom.
50. Required minimum clear width not provided at door of women's restroom.

ADAAG 206 Accessible Routes ADAAG 206.1 General.

Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

ADAAG 402 Accessible Routes ADAAG 402.1 General.

Accessible routes shall comply with 402.

ADAAG 402.2 Components.

Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

ADAAG 404.2.3 Clear Width.

Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

51. Required minimum maneuvering clearance not provided at door of women's restroom.

      ADAAG 206 Accessible Routes ADAAG 206.1 General.

      Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.

      ADAAG 402 Accessible Routes ADAAG 402.1 General.

      Accessible routes shall comply with 402.

      ADAAG 402.2 Components.

      Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

      ADAAG 404.2.4 Maneuvering Clearances.

      Minimum maneuvering clearances at doors and gates shall comply with 404.2.4.

      Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

52. Non-compliant door swing at women's restroom.

53. Restroom door swings into the floor space of fixtures in women's restroom.

      ADAAG 603 Toilet and Bathing Rooms ADAAG 603.1 General.

      Toilet and bathing rooms shall comply with 603.

      ADAAG 603.2.3 Door Swing.

      Doors shall not swing into the clear floor space or clearance required for any fixture.

54. Non-compliant door lock at door of women's restroom requires twisting of the wrist.

      ADAAG 404 Doors, Doorways, and Gates ADAAG 404.1 General.

      Doors, doorways, and gates that are part of an accessible route shall comply with 404.

      ADAAG 404.2.7 Door and Gate Hardware.

      Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4

      ADAAG 309.4 Operation.

      Operable parts shall be operable with one hand and shall not require tight grasping, pinching,

      or twisting of the wrist. The force required to activate operable parts shall be 5 pounds maximum.

55. Required minimum turning space not provided in women's restroom.

      ADAAG 603 Toilet and Bathing Rooms

      ADAAG 603.1 General.

      Toilet and bathing rooms shall comply with 603.

ADAAG 603.2 Clearances. Clearances shall comply with 603.2.
ADAAG 603.2.1 Turning Space.
Turning space complying with 304 shall be provided within the room.
ADAAG 304.3.1 Circular Space.
The turning space shall be a space of 60 inches (1525 mm) diameter minimum. The space shall be permitted to include knee and toe clearance complying with 306

56. Inaccessible water closet in women's restroom.
57. Required minimum clearance not provided at water closet in women's restroom.
ADAAG 604 Water Closets and Toilet Compartments
ADAAG 604.3 Clearance.
Clearances around water closets and in toilet compartments shall comply with 604.3.
ADAAG 604.3.1 Size.
Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

58. Required grab bars not provided on rear and side walls of water closet in women's restroom.
ADAAG 604 Water Closets and Toilet Compartments
ADAAG 604.5 Grab Bars.
Grab bars for water closets shall comply with 609.
Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

59. Non-compliant position of plumbing valves located directly behind toilet seat of water closet in women's restroom.
ADAAG 604 Water Closets and Toilet Compartments.
ADAAG Advisory 604.6 Flush Controls.
If plumbing valves are located directly behind the toilet seat, flush valves and related plumbing can cause injury or imbalance when a person leans back against them. To prevent causing injury or imbalance, the plumbing can be located behind walls or to the side of the toilet; or if approved by the local authority having jurisdiction, provide a toilet seat lid.

60. Inaccessible flush control at water closet in women's restroom.
61. Non-compliant position of flush control located at closed side of water closet in women's restroom.
ADAAG 604 Water Closets and Toilet Compartments.
ADAAG 604.6 Flush Controls.
Flush controls shall be hand operated or automatic. Hand operated flush controls shall comply with 309. Flush controls shall be located

15

on the open side of the water closet except in ambulatory accessible compartments complying with 604.8.2.

62. Inaccessible lavatory in women's restroom.
63. Required minimum clear floor space not provided at lavatory in women's restroom.
      ADAAG 606 Lavatories and Sinks.
      ADAAG 606.2 Clear Floor Space.
      A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided.
      ADAAG 305.3 Size.
      The clear floor or ground space shall be 30 inches (760 mm) minimum by 48 inches (1220 mm) minimum.

64. Insulation of pipes and water lines under the lavatory in women's restroom not provided as required.
      ADAAG 606 Lavatories and Sinks.
      ADAAG 606.5 Exposed Pipes and Surfaces.
      Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

65. Inaccessible mirror in women's restroom.
66. Non-compliant mounted height of mirror in women's restroom exceeds maximum height allowance.
      ADAAG 603.3 Mirrors.
      Mirrors located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 40 inches (1015 mm) maximum above the finish floor or ground.
      Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches (890 mm) maximum above the finish floor or ground.

67. Inaccessible coat hook in women's restroom.
68. Non-compliant height of coat hook in women's restroom exceeds maximum height allowance.
      ADAAG 604 Water Closets and Toilet Compartments.
      ADAAG 604.8.3 Coat Hooks and Shelves.
      Coat hooks shall be located within one of the reach ranges specified in 308.
      ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed.
      Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.
      ADAAG 308.2.2 Obstructed High Reach.

Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum. Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum.

ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.

Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be

15 inches minimum above the finish floor or ground.

ADAAG 308.3.2 Obstructed High Reach.

Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum. The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum. Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

16.     The above listing may not include all the barriers countered by Plaintiff and/or which exist at the facility. Plaintiff requires an inspection of the facility to determine **all the ADA violations**.

17.     The removal of the ADA violations set forth herein is readily achievable and can be accomplished and carried out without much difficulty or expense. 42 U.S.C. § 12182(B)(2)(A)(iv); 42 U.S.C. § 12181(9); 28 C.F.R, § 36.304.

18.     Plaintiff is without adequate remedy at law and is suffering irreparable harm, and reasonably anticipates that he will continue to suffer irreparable harm unless and until Defendants are required to remove the physical barriers, dangerous conditions and ADA violations that exist at the facility, including those set forth herein.

19.     The Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action. The Plaintiff is entitled to have his reasonable attorney's fees, costs and expenses paid by the Defendants, pursuant to 42 U.S.C., §§ 12205 and 12217.

20.     Pursuant to 42 U.S.C. §12188(a), this Court is provided with authority to grant injunctive relief to Plaintiff, including an order to alter the subject facility to make it readily accessible to and useable by individuals with disabilities to the extent required by the ADA, and closing the subject facility until the requisite modifications are completed.

**WHEREFORE,** Plaintiff respectfully requests that the Court issue a permanent injunction enjoining Defendants from continuing their discriminatory practices, ordering Defendants to remove the physical barriers to access and alter the subject Facility to make it readily accessible and useable by individuals with disabilities to the extent required by the ADA, closing the subject Facility until the barriers are removed and requisite alterations are completed, and awarding Plaintiff his reasonable attorney's fees, expert fees, costs and litigation expenses incurred in this action.

Dated: March 19, 2024

Respectfully submitted,

*s/ Jennifer E. Tucek, Esq.*
Law Office of Jennifer Tucek, PC
   *Attorney for Plaintiff*
Bar No. JT2817
315 Madison Avenue, #3054
New York, N.Y. 10017
(917) 669-6991
TucekLaw@Gmail.com