UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alexander Gomez<br>            Plaintiff,<br>v.<br><br>229 Bleeker LLC and Nur Ashki Jerrahi Community<br>            Defendants. | **24-cv-2069 (JER)** |

## NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANR NURASHKI JERRAHI COMMUNITY

   Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without  prejudice, against Defendant Nur Ashki Jerrahi Commnity.

Dated: New York, New York
December 23, 2024

/s/ Jennifer E. Tucek
Law Office of Jennifer E. Tucek, PC
Bar No. JT2817
614 Lexington Avenue, 15th Floor
New York, NY 10022
(917) 669-6991
TucekLaw@Gmail.com
*Attorney for the Plaintiff*

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: December 27, 2024
New York, New York

1