UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

                Plaintiff,

    -*against*-

229 BLEECKER LLC.,

                Defendant.

**ORDER**

24-cv-02069 (ER)

RAMOS, D.J.:

        Plaintiff filed a motion for default judgment on February 4, 2025.  Doc. 17.  The motion for default judgment is denied without prejudice.  Plaintiff is directed to follow the default judgment procedure set out in Attachment A, Default Judgment Procedure, of the individual rules of the undersigned.  Specifically, Plaintiff did not file a proposed order to show cause.  The Clerk of Court is respectfully directed to terminate the motion, Doc. 17.

        It is SO ORDERED.

Dated:    February 5, 2025
           New York, New York

                                    EDGARDO RAMOS, U.S.D.J.