UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

               Plaintiff,

– against –

229 BLEECKER LLC,

               Defendant.

**ORDER**

24-cv-02069 (ER)

Ramos, D.J.:

     Alexander Gomez brought this action against Nur Ashki Jerrahi Community and 229 Bleecker LLC on March 19, 2024.  Doc. 1.  On December 23, 2024, Gomez filed a notice of voluntary dismissal against Nur Ashki Jerrahi Community, which the Court signed.  Docs. 14, 15.  On February 4, 2025, Gomez filed a motion for default judgment against 229 Bleecker.  Doc. 17.  On February 5, 2025, the Court denied the motion for default judgment without prejudice and directed Gomez to follow the default judgment procedure set out in Attachment A, Default Judgment Procedure, of the individual rules of the undersigned.  Doc. 21.  Since then, there has been no activity in this case.

     Gomez is directed to submit a status letter by no later than April 21, 2025.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

     It is SO ORDERED.

Dated:   April 14, 2025
            New York, New York

                                                              EDGARDO RAMOS, U.S.D.J.